**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: __**APRIL 24, 2017**__          TIME:__**11:00 a.m.**__

DOCKET #: __**CR-16-00506 (S-1)(ILG)**__          TITLE: __**U.S.A. v.**__

COURT REPORTER: __**Anthony Frisolone**__          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA:__**Matthew Jacobs- #6401**__

DEF'T #1 NAME: __**Lamont Moran**__          ATT'Y: __**Joyce C. London, Esq. - CJA**__
✔ Present _ Not Present ✔ In Custody          ✔ Present _ Not Present

<u>CRIMINAL CAUSE FOR PLEADING</u>

✔ **Case called.**

✔ **Defendant Lamont Moran present with counsel Joyce C. London, Esq. AUSA Matthew Jacobs**

    **present for the Government.**

✔ **The defendant is sworn.**

✔ **After being advised of his rights by the Court, the defendant withdraws his plea of not**

    **guilty and enters a plea of guilty to count (1) of indictment CR-16-00506 (S-1).**

✔ **The Court finds that the plea is made knowingly and voluntarily and that there is a factual**

    **basis for the plea, and accepts the plea.**

✔ **Sentencing is scheduled for 8/17/2017 at 11:00 a.m.**

✔ **The defendant is continued in custody.**

✔ **A notification of the conviction is transmitted to the Probation Department.**

**Time: ___0/45_____**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**          DATE: __APRIL 24, 2017__          TIME: __11:00 a.m.__

DOCKET #: __CR-16-00506 (S-1)(ILG)__          TITLE: __U.S.A. v.__

COURT REPORTER: __Anthony Frisolone__          DEPUTY CLERK: __Stanley Kessler__

INTERPRETER: _____          AUSA: __Matthew Jacobs- #6401__

DEF'T #1 NAME: __Lamont Moran__          ATT'Y: __Joyce C. London, Esq. - CJA__
✔ Present  _ Not Present  ✔ In Custody          ✔ Present  _ Not Present

### CRIMINAL CAUSE FOR PLEADING

✔  Case called.

✔  Defendant Lamont Moran present with counsel Joyce C. London, Esq.  AUSA Matthew Jacobs

    present for the Government.

✔  The defendant is sworn.

✔  After being advised of his rights by the Court, the defendant withdraws his plea of not

    guilty and enters a plea of guilty to count (1) of indictment CR-16-00506 (S-1).

✔  The Court finds that the plea is made knowingly and voluntarily and that there is a factual

    basis for the plea, and accepts the plea.

✔  Sentencing is scheduled for 8/17/2017 at 11:00 a.m.

✔  The defendant is continued in custody.

✔  A notification of the conviction is transmitted to the Probation Department.


Time: __0/45____