Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Lamont Moran

Docket No.: 16 Cr 506 (ILG)
Hon. I. Leo Glasser
(District Court Judge)

Notice is hereby given that __Defendant Lamont Moran__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify) entered in this action on __12/21/2017__ (date).

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: __12/18/2017__   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Joyce C. London
Counsel's Address: 59 Maiden Lane, 6th Floor
NewYork, NY 10038
Counsel's Phone: (212) 964-3700

Assistant U.S. Attorney: AUSA Matthew Jacobs
AUSA's Address: 251 CadmanPlaza East
Brooklyn, NY 11201
AUSA's Phone: (718) 254-7000

_Joyce C London_
Signature